Case number 236416. Hold on a second, Kenzie. Hold on a second.  Okay. Okay. Okay. Okay. Okay. Okay. Okay. Okay.  Okay. Thank you, Your Honor.